# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| MARK GREEN, | |
| Plaintiff, | CIVIL ACTION NO.: 6:16-cv-37 |
| v. | |
| SHERIFF TYSON STEVENS; OFFICER SHAW; OFFICER CHRIS; OFFICER FAYE; OFFICER KEITH; OFFICER BRENDA; OFFICER JESSIE; and OFFICER JAMES, | |
| Defendants. | |

## O R D E R

Plaintiff, seeking to proceed *in forma pauperis*, brought this action pursuant to 42 U.S.C. § 1983. By Order dated April 29, 2016, the Court advised Plaintiff of the Prison Litigation Reform Act's procedures and requirements for filing and litigating prison civil rights suits. (Doc. 5.) The Court granted Plaintiff leave to proceed *in forma pauperis* and instructed him to sign and return the Consent to Collection of Fees from his Trust Account and the Prisoner Trust Fund Account Statement which were attached to the Court's Order. Id.

The Court emphasized that Plaintiff must return these forms within thirty (30) days from the date of the Order in order to proceed with this action. (Id. at p. 3.) Moreover, the Court made clear that, if Plaintiff did not timely respond to the Order, "the Court will presume that Plaintiff desires to have this lawsuit voluntarily dismissed, and the Court will dismiss Plaintiff's case without prejudice." (Id. at p. 4.)

On May 16, 2016, Plaintiff submitted a handwritten letter in which he states he is unable to get the Prisoner Trust Fund Account Statement completed. (Doc. 6.) Plaintiff also states Defendant Faye handles the accounts at the Emanuel County Jail, and she refuses to fill out the

Statement because she is a named Defendant. (Id.) However, in order to proceed with this action, Plaintiff must provide a statement of his account's average monthly deposits and average monthly balance certified by an authorized officer of the institution in which he is incarcerated. In addition, Plaintiff must consent to the collection of fees from this account. Plaintiff is directed to use the forms which the Court attached to its prior order. (Doc. 5, pp. 5–6.) Given that Plaintiff has attempted to comply with the Court's prior Order, it will provide him another opportunity to submit these forms.

The Clerk of Court is **DIRECTED** to send Plaintiff a copy of this Order and the Court's prior Order, (Doc. 5), including the attached forms. Plaintiff is given **thirty (30) days** from the date of this Order to have these forms completed and returned to the Court. **Should Plaintiff fail to complete and return these forms by September 28, 2016, the Court will presume that Plaintiff does not intend to pursue this action and will dismiss this case without prejudice**.

**SO ORDERED**, this 29th day of August, 2016.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA