IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MARK GREEN,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF TYSON STEVENS; OFFICER SHAW; OFFICER CHRIS; OFFICER FAYE; OFFICER KEITH; OFFICER BRENDA; OFFICER JESSIE; and OFFICER JAMES,<br><br>Defendants. | CIVIL ACTION NO.: 6:16-cv-37 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 9), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint **without prejudice** for failure to follow this Court's Orders and failure to prosecute, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 17th day of November, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA